WILLIAM H. McGOWAN, Receiver of PENN NATIONAL BANK AND TRUST COMPANY OF READING, in His Own Behalf as Such Receiver and on Behalf of the AETNA CASUALTY AND SURETY COMPANY OF HARTFORD, CONNECTICUT, etc., and Others, Appellants, v. THOMAS C. EASTMAN and Others, Respondents.— Order, so far as appealed from, granting defendants' motion to the extent of requiring plaintiffs to serve an amended complaint making the allegations of paragraphs numbered ninth and tenth of the present complaint more definite and certain, unanimously affirmed, with twenty dollars costs and disbursements. The amended complaint to be served within twenty days after service of order. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

LOUIS JAY LEVY, Appellant, v. AUGUST BRAAVE, Respondent.— Order granting defendant's motion to vacate judgment in favor of plaintiff and against defendant, dated April 14, 1933, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

FRANK CARACCIA, Respondent, v. CHARLES SCHOENBERG and Another, Appellants.— Order granting plaintiff's motion for examination of defendants before trial, and directing the production of books, papers and other memoranda, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

ISIDOR H. BERNHARD, Respondent, v. BERNARD E. FLEISCHAKER and Another, Appellants.— Order, so far as appealed from, granting plaintiff's motion for examination of defendants before trial as adverse parties as to certain items in the notice of motion, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of a Proceeding to Cancel a Judgment Obtained in This Court by ROSE STILLMAN and BARNET COHEN, Copartners Composing the Firm of STILLMAN & COHEN, Appellants, v. MITCHELL WEINBERG, Respondent.— Order granting motion of defendant to cancel and discharge of record judgment in favor of Rose Stillman and Barnet Cohen, copartners, etc., against Mitchell Weinberg, entered in the Supreme Court, New York county, September 21, 1925, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

ALMA W. WYCKOFF and Others, as Executors, etc., of RICHARD D. WYCKOFF, Deceased, Respondents, v. TICKER PUBLISHING COMPANY (a Corporation) and Others, Appellants.— Order granting plaintiffs' motion for a discovery and inspection of records of defendants unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

BEATRICE LILIENTHAL and Another, Appellants, v. A. BENSON CANNON, Respondent.— Order granting defendant's motion to strike cause from the jury calendar and placing same on the non-jury reserve calendar, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.